

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00006-CR

ANDREW MICHAEL WHITT, Appellant § On Appeal from the 485th District Court

§ of Tarrant County (1675587)

V. § August 8, 2024

§ Memorandum Opinion by Chief Justice Sudderth

THE STATE OF TEXAS § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's Count One judgment. The Count One judgment is modified to vacate the $100 fine, the $290 costs, and the $10 reimbursement fee. It is ordered that the Count One judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth